UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

LINDA A. LEMOINE,

    Plaintiff,

vs.

STATE OF NEVADA, ex rel. its DEPARTMENT OF MOTOR VEHICLES & PUBLIC SAFETY, a governmental entity,,

    Defendants.

2:11-CV-0106-PMP-LRL

**ORDER**

Before the Court for consideration is Defendant's Motion to Dismiss Plaintiff's Complaint Without Leave to Amend (Doc. #10) filed April 13, 2011. The Court has granted two Stipulations for an Extension of Time for Plaintiff to Respond to Defendant's Motion to Dismiss. The latest expired May 18, 2011. Nonetheless, Plaintiff has failed to file an opposition to Defendant's motion to dismiss. As a result, Plaintiff consents to the granting of Defendant's motion in accord with the Local Rules of Practice of this Court. Moreover, a review of Defendant's Motion to Dismiss shows that Defendant is entitled to the relief requested on the merits.

**IT IS THEREFORE ORDERED that** Defendant's Motion to Dismiss Plaintiff's Complaint Without Leave to Amend (Doc. #10) is **GRANTED**.

**IT IS FURTHER ORDERED that** the Clerk of Court shall enter judgment in favor of Defendant and against Plaintiff Linda Lemoine.

DATED: May 19, 2011.

_____
PHILIP M. PRO
United States District Judge